Dean R. Maglione, Esq.
Military Park Building
50 Park Place, Suite 1400
Newark, New Jersey 07102
(973) 645-0777
Attorney for Defendant, Jose Vidal

|  | |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | UNITED STATES DISTRICT COURT |
|  | : | DISTRICT OF NEW JERSEY |
|  | : |  |
| v. | : | MAGISTRATE NO.: 2:~~10-mj-4015-04~~ |
|  | : | *11-428* |
|  | : |  |
| JOSE VIDAL | : | CONSENT ORDER MODIFYING |
|  | : | THE CONDITIONS OF PRE-TRIAL/ |
| Defendant. | : | PRE-HEARING RELEASE |
|  | : |  |

This matter having been brought before the Court by Dean R. Maglione, attorney for Defendant, Jose Vidal, and on notices to the United States Attorney's Office by and through David Foster, Assistant United States Attorney, and with the consent of Kely Fernandes, U.S.P.O from pre-trial services, for a Consent Order Modifying the Conditions of Pre-Trial/Pre-Hearing Release and the Court having considered the matter and pretrial services having consented to the entry of this order and for good cause having been shown;

IT IS on this _____ day of December 2011;

ORDERED that:

1.     The terms of release for defendant, Jose Vidal, are hereby modified from home detention with electronic monitoring with curfew to home detention without curfew with electronic monitoring. In addition, that the last sentence of sub-paragraph (ii) with respect to home detention shall be modified as follows: "Additionally, employment *is permitted as approved by Pretrial Services (PTS) from 9:00 A.M until 5 P.M.*" All other conditions remain in full effect; and it is further

ORDERED that a copy of the within Order be served upon all parties within _____ days of the date hereof.

_____
Honorable Susan D. Wigenton, U.S.D.J.

We hereby consent to the form, substance and entry of this Order.

BY: _____
Dean R. Maglione, Esq.
Attorney for Defendant, Jose Vidal

BY: _____
A.U.S.A. David Foster
Office of the United States Attorney

DATED: ___12/2/11___

DATED: ___12/2/11___